1  **CALLAHAN & BLAINE, APLC**
   Daniel J. Callahan (Bar No. 91490)
2  *Dan@callahan-law.com*
   Edward Susolik (Bar No. 151081)
3  *ES@callahan-law.com*
   Richard T. Collins (Bar No. 166577)
4  *RCollins@callahan-law.com*
   Damon D. Eisenbrey (Bar No. 215927)
5  *deisenbrey@callahan-law.com*
   3 Hutton Centre Drive, Ninth Floor
6  Santa Ana, California 92707
   Telephone: (714) 241-4444
7  Facsimile:  (714) 241-4445

8  **KANTOR & KANTOR, LLP**
   Lisa S. Kantor, State Bar No. 110678
9  *lkantor@kantorlaw.net*
   19839 Nordhoff Street
10 Northridge, CA 91324
   Telephone: (818) 886-2525
11 Facsimile: (818) 350-6272

12
   Attorneys for Plaintiffs KATHLEEN STEINLEY,
13 MARTIN HAROLD STEINLEY, and MARTIN
   ALEXANDER STEINLEY, individually and on behalf of
14 others similarly situated

15               UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17 KATHLEEN STEINLEY,                    Case No. 2:18-cv-05458 PSG (SKx)
   MARTIN HAROLD STEINLEY, and
18 MARTIN ALEXANDER STEINLEY,            **CLASS ACTION**
   individually and on behalf of others
19 similarly situated,                   **STIPULATION FOR DISMISSAL
                                         WITH PREJUDICE [FRCP 41(a)]** ;
20               Plaintiffs,             ORDER
                                         Judge:    Hon. Philip S. Gutierrez
21      v.                               Crtrm:    6A

22 HEALTH NET, INC., a Delaware          Complaint Filed:   May 4, 2018
   corporation,                          (State Ct.)
23 HEALTH NET LIFE INSURANCE
   COMPANY, a California corporation,    Trial Date:      June 1, 2021
24 HEALTH NET OF CALIFORNIA, INC.,
   a California corporation,
25 MANAGED HEALTH NETWORK,
   INC., a Delaware corporation,
26 CENTENE CORPORATION, a
   Delaware corporation,
27
                 Defendants.
28

**FILED**
CLERK, U.S. DISTRICT COURT

5/21/21

CENTRAL DISTRICT OF CALIFORNIA
BY:      WH          DEPUTY

JS-6

C A L L A H A N & B L A I N E
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

1       Plaintiffs Kathleen Steinley, Martin Harold Steinley and Martin Alexander

2 Steinley, and Defendants Health Net, Inc., Health Net Life Insurance Company,

3 Health Net of California Inc., Managed Health Network, Inc. and Centene

4 Corporation jointly submit this Stipulation for Dismissal with Prejudice:

5       IT IS HEREBY STIPULATED by and between the parties to this action,

6 through their designated counsel, that the above-captioned action, including the

7 Complaint and Amended Complaint against all defendants be and hereby are

8 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

9       **IT IS SO STIPULATED.**

10

11 Dated: May 20, 2021         **CALLAHAN & BLAINE, APLC**

12

13                 By: /s/ *Richard T. Collins*

                     Richard T. Collins

14                      Attorneys for Plaintiffs KATHLEEN STEINLEY, MARTIN HAROLD

15                      STEINLEY, and MARTIN ALEXANDER STEINLEY, individually

16                      and on behalf of others similarly situated

17 Dated: May 20, 2021         **WILLIAMS & CONNOLLY LLP**

18

19                 By:  /s/ *Steven M. Cady*

                     Steven M. Cady

20                      Attorneys for HEALTH NET, INC., HEALTH NET LIFE INSURANCE

21                      COMPANY, HEALTH NET OF CALIFORNIA, INC., MANAGED

22                      HEALTH NETWORK, INC., and CENTENE CORPORATION

23

24

**IT IS SO ORDERED.**

**DATED:** 5/21/21

**U.S. DISTRICT JUDGE**

25

26

27

28

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM